UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BENJAMIN ALEXANDER ROBINSON JR.,

        Plaintiff,                        Case No. 1:22-cv-11359

v.                                          Honorable Thomas L. Ludington
                                               United States District Judge
COMMISSIONER OF SOCIAL SECURITY,

                                               Honorable Patricia T. Morris
       Defendant.                    United States Magistrate Judge
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE

Plaintiff Benjamin Alexander Robinson, proceeding *pro se* and *in forma paupiers*, filed a complaint for the review of an order denying social-security benefits. ECF No. 1.

On April 18, 2023, Magistrate Judge Patricia T. Morris issued a report recommending that the case be dismissed for lack of prosecution. ECF No. 23 (citing FED. R. CIV. P. 41(b)). Judge Morris provided 14 days to object, but the parties did not do so. They have therefore forfeited their right to appeal Judge Morris's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). There is no clear error in the Report.

Accordingly, it is **ORDERED** that Magistrate Judge Morris's Report and Recommendation, ECF No. 23, is **ADOPTED**.

Further, it is **ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**, costs, or fees.

**This is a final order and closes the above-captioned case**.

Dated: May 5, 2023                                                   s/Thomas L. Ludington
                                                                           THOMAS L. LUDINGTON
                                                                           United States District Judge